## INDEX OF EXHIBITS

| Exhibit No. | Description | Location in Docket |
|---|---|---|
| Exhibit A | Declaration of Ben Brieschke | Doc. ___-2 |
| Exhibit A-1 | SENTRY Public Information Inmate Data | Doc. ___-3 |
| Exhibit A-2 | Inmate History | Doc. ___-4 |
| Exhibit A-3 | Program Statement 5100.08, | Doc. ___-5 |
| Exhibit A-4 | Program Statement 7320.01, Home Confinement | Doc. ___-6 |
| Exhibit A-5 | Male Custody Classification Form, July 7, 2018 | Doc. ___-7 |
| Exhibit A-6 | Sentence Monitoring Computation Data | Doc. ___-8 |
| Exhibit A-7 | Administrative Remedy Generalized Retrieval | Doc. ___-9 |