# Exhibit A, Attachment 1

# SENTRY Public Information Inmate Data

```
 TCNAI            *           PUBLIC INFORMATION              *      10-09-2018
PAGE 001          *              INMATE DATA                  *      14:11:01
                             AS OF 10-09-2018

REGNO..: 74636-065 NAME: JAYNE, MICHAEL AARON

                      RESP OF: TCP
                      PHONE..: 520-663-5000    FAX: 520-663-5024
                                               RACE/SEX...: WHITE / MALE
                                               AGE:  36
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 08-21-2021                        PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 74636-065 NAME: JAYNE, MICHAEL AARON

                  RESP OF: TCP
                  PHONE..: 520-663-5000    FAX: 520-663-5024
HOME DETENTION ELIGIBILITY DATE: 02-21-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-21-2021 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: TEXAS, WESTERN DISTRICT
DOCKET NUMBER..................: A-12-CR-401(1)-SS
JUDGE..........................: SPARKS
DATE SENTENCED/PROBATION IMPOSED: 03-13-2013
DATE COMMITTED.................: 04-25-2013
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  136
OFF/CHG: 18:922(G)(1): FELON IN POSSESSION OF A FIREARM

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    120 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 06-28-2012




G0002        MORE PAGES TO FOLLOW . . .
```

```
  TCNAI            *         PUBLIC INFORMATION           *     10-09-2018
PAGE 003 OF 003  *              INMATE DATA               *     14:11:01
                              AS OF 10-09-2018

REGNO..: 74636-065 NAME: JAYNE, MICHAEL AARON

                       RESP OF: TCP
                       PHONE..: 520-663-5000   FAX: 520-663-5024
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-11-2018 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-10-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-13-2013
TOTAL TERM IN EFFECT............:    120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     10 YEARS
EARLIEST DATE OF OFFENSE........: 06-28-2012

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     08-09-2012   03-12-2013

TOTAL PRIOR CREDIT TIME.........: 216
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 352
TOTAL GCT EARNED................: 189
STATUTORY RELEASE DATE PROJECTED: 08-21-2021
EXPIRATION FULL TERM DATE.......: 08-08-2022
TIME SERVED.....................:       6 YEARS      2 MONTHS      1 DAYS
PERCENTAGE OF FULL TERM SERVED..:  61.6

PROJECTED SATISFACTION DATE.....: 08-21-2021
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```