# Exhibit A, Attachment 2

# Inmate History

```
    TCNAI  531.01  *            INMATE HISTORY              *      10-09-2018
 PAGE 001         *               ADM-REL                   *      14:40:12

 REG NO..: 74636-065 NAME....: JAYNE, MICHAEL AARON
 CATEGORY: ARS        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
TCP    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-22-2017 1453 CURRENT
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-22-2017 1653 12-22-2017 1653
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-22-2017 1000 12-22-2017 1653
OKL    HLD REMOVE HOLDOVER REMOVED              12-22-2017 0900 12-22-2017 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 12-19-2017 1655 12-22-2017 0900
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-19-2017 1755 12-19-2017 1755
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-19-2017 0516 12-19-2017 1755
CLP    TRANSFER   TRANSFER                      12-19-2017 0516 12-19-2017 0516
CLP    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-31-2017 1000 12-19-2017 0516
B14    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-31-2017 1000 08-31-2017 1000
B14    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-31-2017 0400 08-31-2017 1000
ATL    HLD REMOVE HOLDOVER REMOVED              08-31-2017 0400 08-31-2017 0400
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-30-2017 1041 08-31-2017 0400
B14    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-30-2017 1041 08-30-2017 1041
B14    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-30-2017 0609 08-30-2017 1041
MNA    TRANSFER   TRANSFER                      08-30-2017 0509 08-30-2017 0509
MNA    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-05-2017 0444 08-30-2017 0509
B16    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-05-2017 0544 04-05-2017 0544
B16    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-05-2017 0310 04-05-2017 0544
TAL    HLD REMOVE HOLDOVER REMOVED              04-05-2017 0310 04-05-2017 0310
TAL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 04-04-2017 1618 04-05-2017 0310
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-04-2017 1618 04-04-2017 1618
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-04-2017 0830 04-04-2017 1618
OKL    HLD REMOVE HOLDOVER REMOVED              04-04-2017 0730 04-04-2017 0730
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 04-03-2017 1700 04-04-2017 0730
B16    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-03-2017 1800 04-03-2017 1800
B16    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-03-2017 0453 04-03-2017 1800
FAI    TRANSFER   TRANSFER                      04-03-2017 0453 04-03-2017 0453
FAI    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-28-2016 1710 04-03-2017 0453
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-28-2016 1710 11-28-2016 1710
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-28-2016 0830 11-28-2016 1710
OKL    HLD REMOVE HOLDOVER REMOVED              11-28-2016 0730 11-28-2016 0730
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 11-22-2016 1935 11-28-2016 0730
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-22-2016 2035 11-22-2016 2035
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-22-2016 0658 11-22-2016 2035
CLP    TRANSFER   TRANSFER                      11-22-2016 0658 11-22-2016 0658
CLP    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-19-2016 1656 11-22-2016 0658
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-19-2016 1656 04-19-2016 1656
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-19-2016 0900 04-19-2016 1656
OKL    HLD REMOVE HOLDOVER REMOVED              04-19-2016 0800 04-19-2016 0800
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 04-01-2016 1425 04-19-2016 0800




G0002       MORE PAGES TO FOLLOW . . .
```

```
   TCNAI  531.01 *           INMATE HISTORY            *    10-09-2018
 PAGE 002        *              ADM-REL                *     14:40:12

 REG NO..: 74636-065 NAME....: JAYNE, MICHAEL AARON
 CATEGORY: ARS       FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
9-I    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-01-2016 1525 04-01-2016 1525
9-I    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-01-2016 0546 04-01-2016 1525
TCP    TRANSFER   TRANSFER                      04-01-2016 0246 04-01-2016 0246
TCP    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-21-2014 1519 04-01-2016 0246
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-21-2014 1819 08-21-2014 1819
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-21-2014 1000 08-21-2014 1819
OKL    HLD REMOVE HOLDOVER REMOVED              08-21-2014 0900 08-21-2014 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-19-2014 1645 08-21-2014 0900
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-19-2014 1745 08-19-2014 1745
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-19-2014 0624 08-19-2014 1745
CLP    TRANSFER   TRANSFER                      08-19-2014 0624 08-19-2014 0624
CLP    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-12-2014 1443 08-19-2014 0624
CLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-12-2014 1204 08-12-2014 1443
CLP    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-11-2014 1058 08-12-2014 1204
CLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-11-2014 1000 08-11-2014 1058
CLP    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-17-2013 1853 08-11-2014 1000
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-17-2013 1853 09-17-2013 1853
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-17-2013 0830 09-17-2013 1853
OKL    HLD REMOVE HOLDOVER REMOVED              09-17-2013 0730 09-17-2013 0730
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 09-12-2013 1820 09-17-2013 0730
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-12-2013 1920 09-12-2013 1920
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-12-2013 0900 09-12-2013 1920
MCR    TRANSFER   TRANSFER                      09-12-2013 0900 09-12-2013 0900
MCR    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-25-2013 1855 09-12-2013 0900
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-25-2013 1855 04-25-2013 1855
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-25-2013 1045 04-25-2013 1855
OKL    HLD REMOVE HOLDOVER REMOVED              04-25-2013 0945 04-25-2013 0945
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  03-29-2013 1700 04-25-2013 0945
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-29-2013 1800 03-29-2013 1800
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-25-2013 0821 03-29-2013 1800
DSC    ADMIN REL  ADMINISTRATIVE RELEASE        03-25-2013 0721 03-25-2013 0721
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION      03-25-2013 0719 03-25-2013 0721
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-25-2013 0819 03-25-2013 0819
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-20-2013 0905 03-25-2013 0819
DSC    ADMIN REL  ADMINISTRATIVE RELEASE        03-20-2013 0805 03-20-2013 0805
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION      03-20-2013 0751 03-20-2013 0805
P13    RELEASE 03 RELEASED FROM IN-TRANSIT, MAR 03-20-2013 0851 03-20-2013 0851
P13    A-ADMIT 03 ADMITTED TO IN-TRANSIT, MAR   03-15-2013 0530 03-20-2013 0851
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-15-2013 0530 03-15-2013 0530
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-15-2012 0530 03-15-2013 0530
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-15-2012 0530 11-15-2012 0530




G0002         MORE PAGES TO FOLLOW . . .
```

```
 TCNAI  531.01 *              INMATE HISTORY              *    10-09-2018
PAGE 003 OF 003 *                ADM-REL                  *    14:40:12

 REG NO..: 74636-065 NAME....: JAYNE, MICHAEL AARON
 CATEGORY: ARS       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-14-2012 1030 11-15-2012 0530
OKL    HLD REMOVE HOLDOVER REMOVED              11-14-2012 0930 11-14-2012 0930
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-09-2012 1730 11-14-2012 0930




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```