# Exhibit A, Attachment 5

# Male Custody Classification Form, July 7, 2018

```
   TCNAI  606.00 *        MALE CUSTODY CLASSIFICATION FORM        *     10-10-2018
   PAGE 001 OF 001                                                       13:16:57
                               (A) IDENTIFYING DATA
   REG NO..: 74636-065           FORM DATE: 07-07-2018           ORG: TCP
   NAME....: JAYNE, MICHAEL AARON
                                       MGTV: NONE
   PUB SFTY: NONE                      MVED:
                                (B) BASE SCORING
   DETAINER: (0) NONE            SEVERITY.......: (3) MODERATE
   MOS REL.: 37                  CRIM HIST SCORE: (10) 23 POINTS
   ESCAPES.: (0) NONE            VIOLENCE.......: (7) < 5 YRS SERIOUS
   VOL SURR: (0) N/A             AGE CATEGORY...: (2) 36 THROUGH 54
   EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                                (C) CUSTODY SCORING
   TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (0) POOR
   LIVING SKILLS...: (0) POOR     TYPE DISCIP RPT: (1) > 1 HIGH
   FREQ DISCIP RPT.: (1) 2-5      FAMILY/COMMUN..: (4) GOOD


                         --- LEVEL AND CUSTODY SUMMARY ---
   BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY   CONSIDER
   +22  +10    +4         +26         HIGH          N/A            IN     INCREASE


   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```