# Exhibit A, Attachment 6

# Sentence Monitoring Computation Data

```
TCP42  540*23 *              SENTENCE MONITORING          *      10-02-2018
PAGE 001        *              COMPUTATION DATA            *      11:25:47
                               AS OF 10-02-2018
```

REGNO..: 74636-065 NAME: JAYNE, MICHAEL AARON


FBI NO..........: 647396NB4          DATE OF BIRTH: 03-19-1982 AGE:  36
ARS1............: TCP/A-DES
UNIT............: UNIT B              QUARTERS.....: Z01-107UAD
DETAINERS.......: NO                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 02-21-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-21-2021 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: TEXAS, WESTERN DISTRICT
DOCKET NUMBER...................: A-12-CR-401(1)-SS
JUDGE...........................: SPARKS
DATE SENTENCED/PROBATION IMPOSED: 03-13-2013
DATE COMMITTED..................: 04-25-2013
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 136
OFF/CHG: 18:922(G)(1): FELON IN POSSESSION OF A FIREARM

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 06-28-2012


G0002      MORE PAGES TO FOLLOW . . .

```
TCP42  540*23 *               SENTENCE MONITORING          *      10-02-2018
PAGE 002 OF 002 *               COMPUTATION DATA            *      11:25:47
                              AS OF 10-02-2018


REGNO..: 74636-065 NAME: JAYNE, MICHAEL AARON


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-11-2018 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-10-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-13-2013
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 06-28-2012

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    08-09-2012    03-12-2013

TOTAL PRIOR CREDIT TIME.........: 216
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 352
TOTAL GCT EARNED................: 189
STATUTORY RELEASE DATE PROJECTED: 08-21-2021
EXPIRATION FULL TERM DATE.......: 08-08-2022
TIME SERVED.....................:    6 YEARS      1 MONTHS      24 DAYS
PERCENTAGE OF FULL TERM SERVED..: 61.5


PROJECTED SATISFACTION DATE.....: 08-21-2021
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 3-18-16 DIS GCT J/TMS 10-3-16 DGCT J/SMK.3-9-17 DGCT.J/PJG
                8-4-17 DGCT J/SMK.  10-30-2017 DIS GCT. J/FAB.  02-22-2018 DIS
                GCT. J/FAB.  04-11-2018 DIS GCT. J/FAB




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```